PHILLIP A. TALBERT
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC | CASE NO. 1:17-MC 000067 SAB<br><br>ORDER TO UNSEAL COMPLAINT |

This complaint was sealed by Order of this Court.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

Dated: October 6, 2017

United States Magistrate Judge

ORDER TO UNSEAL COMPLAINT