MCGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>In the Matter of the Extradition of Vladimar Blasko to the Slovak Republic,<br><br>　　　　　　Defendant. | CASE NO. 1:17-MC-00067-SAB<br><br>DESIGNATION OF COUNSEL |

　　　　Plaintiff, UNITED STATES OF AMERICA, hereby designates the following attorney as counsel for service in this action:

　　Vincenza Rabenn
　　Assistant United States Attorney
　　U.S. Attorney's Office
　　2500 Tulare Street, Suite 4401
　　Fresno, CA 93721
　　Telephone: (559) 497-4000
　　Facsimile: (559) 497-4099
　　E-mail: vincenza.rabenn@usdoj.gov

Dated: January 3, 2018　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By: /s/ VINCENZA RABENN
　　　　　　　　　　　　　　　　　　　　　　VINCENZA RABENN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DESIGNATION OF COUNSEL　　　　　　　　1