| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, CA Bar #113752 |
| | REED B. GRANTHAM, CA Bar #294171 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorneys for Defendant |
| | VLADIMIR BLASKO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC | No. 1:17-mc-00067-SAB <br><br> **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER** |

Pursuant to this waiver, Defendant, Vladimir Blasko, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence at the status conference on Wednesday, February 28, 2018, at 2:00 p.m. In order to avoid being brought to court for the February 28, 2018 status conference, Mr. Blasko hereby agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at this hearing. As the February 28, 2018 status conference will only be a hearing at which a future court date will be set, Defendant agrees to waive his presence for such a hearing.

The government has no objection to this request.

//

//

DATED:  February 26, 2018

/s/ *Vladimir Blasko*

VLADIMIR BLASKO
Defendant
(Original Signature in File)

DATED:  February 26, 2018

/s/ *Reed Grantham*

REED GRANTHAM
Assistant Federal Defender
Attorney for VLADIMIR BLASKO

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at the February 28, 2018 status conference.

IT IS SO ORDERED.

Dated:  **February 27, 2018**

UNITED STATES MAGISTRATE JUDGE