HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
REED GRANTHAM, CA Bar #294171
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
VLADIMIR BLASKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC | No. 1:17-mc-00067 DAD-SAB<br><br>**TRUE NAME FINDING; ORDER** |

The parties agree that the defendant's true and correct name is VLADIMIR BLASKO. Accordingly, the docket should reflect that the defendant's true and correct name is VLADIMIR BLASKO.

IT IS SO ORDERED.

Dated: __February 28, 2018__

_____
UNITED STATES MAGISTRATE JUDGE