HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
VICTOR M. CHAVEZ, CA SBN #113752
REED GRANTHAM, CA SBN #294171
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VLADIMIR BLASKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE OF EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC | Case No. 1:17-mc-00067-DAD-SAB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Vincenza Rabenn, counsel for plaintiff, and Assistant Federal Defenders Reed Grantham and Victor M. Chavez, counsel for Vladimir Blasko, that the status conference currently scheduled for May 25, 2018, at 2:00 p.m. may be continued to June 14, 2018, at 2:00 p.m.

The requested continuance is made at the request of the parties, is for the parties' convenience, and is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties and the Court. As this is an extradition proceeding, no exclusion of time is necessary.

//

//

//

|   |   |
|---|---|
| | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| Date: May 23, 2018 | */s/ Vincenza Rabenn*<br>VINCENZA RABENN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: May 23, 2018 | */s/ Reed Grantham*<br>REED GRANTHAM<br>VICTOR M. CHAVEZ<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>VLADIMIR BLASKO |

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for May 25, 2018, at 2:00 p.m. is hereby continued to May 29, 2018, at 11:00 a.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: __**May 24, 2018**__

UNITED STATES MAGISTRATE JUDGE