# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMAR BLASKO TO THE SLOVAK REPUBLIC, | Case No. 1:17-mc-00067-DAD-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>Opening Brief: August 3, 2018<br>Response/Motions in Limine: August 24, 2018<br>Reply/Opposition to Motion in Limine: September 14, 2018<br>Motion in Limine Hearing: October 2, 2018 at 10:00 a.m. in Courtroom 9 (SAB)<br>Extradition Hearing: October 30, 2018, at 9:00 a.m. in Courtroom 9 (SAB) |

On May 29, 2018, the Court conducted a status hearing in this matter. Counsel Vicenza Rabeen appeared for the Government and counsel Reed Grantham appeared for Extraditee Vladimar Blasko. Pursuant to the discussion at the hearing, the Court sets the following briefing schedule.

1. The Government shall file their opening brief on or before **August 3, 2018.**

2. Extraditee's response to the opening brief and both parties' motions in limine shall be filed on or before **August 24, 2018.**

3. The Government's reply and the parties' opposition to motions in limine shall be filed on or before **September 14, 2018.**

4. Oral argument on the motions in limine shall be heard on **October 2, 2018, at**

1

**10:00 a.m.** in Courtroom 9 (SAB).

5. An extradition hearing shall be held on **October 30, 2018, at 9:00 a.m.** in Courtroom 9 (SAB).

IT IS SO ORDERED.

Dated: __**May 29, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE