# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMAR BLASKO TO THE SLOVAK REPUBLIC, | Case No. 1:17-mc-00067-DAD-SAB<br><br>ORDER VACATING OCTOBER 2, 2018 HEARING |

On May 30, 2018, an order issued setting dates for an extradition hearing and a briefing schedule and hearing for motions in limine. Pursuant to the May 30, 2018 order motions in limine were to be filed on or before August 24, 2018. Neither party in this action filed motions in limine by the deadline established in the order. Accordingly, the October 2, 2018 hearing is VACATED.

IT IS SO ORDERED.

Dated: __**August 28, 2018**__

UNITED STATES MAGISTRATE JUDGE

1