# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMAR BLASKO TO THE SLOVAK REPUBLIC, | Case No. 1:17-mc-00067-DAD-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DECEMBER 19, 2018 |

    The Government filed a complaint seeking extradition of Vladimir Blasko on October 2, 2017. An extradition hearing was held on October 30, 2018, and on November 19, 2018, a memorandum and order was filed certifying the extraditability of Vladimir Blasko. On November 27, 2018, the Government filed a motion to revoke bail and a notice of post certification letter.

    A status conference was held on November 28, 2018. Counsel Vincenza Rabenn appeared telephonically for the Government. Counsel Reed Grantham appeared for Defendant Blasko. A briefing schedule was set for the motion to revoke bail.

    Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Blasko's opposition to the motion to revoke bail shall be filed on or before December 12, 2018;
2. The Government's reply, if any, shall be filed on or before December 17, 2018;
3. A hearing on the motion to revoke bail is set before the undersigned on December

1

19, 2018, at 10:00 a.m. in Courtroom 9; and

4. Defendant Blasko shall appear at the December 19, 2018 hearing.

IT IS SO ORDERED.

Dated: **November 28, 2018**

_____
UNITED STATES MAGISTRATE JUDGE