# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC, | Case No. 1:17-mc-00067-DAD-SAB<br><br>ORDER CONTINUING HEARING ON GOVERNMENT'S MOTION TO REVOKE BAIL |

A hearing was held on the Government's motion to revoke Mr. Blasko's bail on December 19, 2018. Vincenza Rabenn appeared telephonically for the Government; and Reed Grantham and Victor Chavez appeared for Mr. Blasko. The hearing shall be continued to January 22, 2019, to allow Mr. Blasko to file a proffer on potential collateral available to secure his bail.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on the Government's motion to revoke bail is CONTINUED to January 22, 2019, at 11:00 a.m. in Courtroom 9;
2. Mr. Blasko SHALL FILE briefing on the collateral available to secure bail on or before January 14, 2019; and
3. Mr. Blasko SHALL PERSONALLY APPEAR at the January 22, 2019 hearing.

IT IS SO ORDERED.

Dated: __December 19, 2018__

UNITED STATES MAGISTRATE JUDGE

1