

**Memorandum**
United States Attorney's Office
Eastern District of California

FILED
FEB 21 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

To: Mamie Hernandez, Chambers of the Hon. Stanley A. Boone, U.S. Magistrate Judge

From: Vincenza Rabenn, Assistant United States Attorney

cc: Reed Grantham, Assistant Federal Public Defender

Subject: In the Matter of Vladimir Blasko, 1:17-MC-0067-SAB, Bond Approval

Date: February 19, 2019


__X__ I have reviewed the documents offered in support of the property bond. They appear to comply with the court's requirement and to provide adequate security in the amount set by the court.

____ I have reviewed the documents offered in support of the property bond. The government objects to the release of the defendant based upon these documents for the following reasons and requests a hearing on this issue.


Respectfully submitted,

/s/ Vincenza Rabenn
Vincenza Rabenn
Assistant United States Attorney