# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC, | Case No. 1:17-mc-00067-DAD-SAB<br><br>ORDER VACATING FEBRUARY 27, 2019 STATUS CONFERENCE |

Currently a status conference is set in this matter for February 27, 2019. The Court notes that the cash and property bonds have been received and shall therefore vacate the status conference. The parties are not required to appear on February 27, 2019.

Accordingly, the status conference in this matter set for February 27, 2019 is HEREBY VACATED and the parties need not appear.

IT IS SO ORDERED.

Dated: **February 26, 2019**

UNITED STATES MAGISTRATE JUDGE

1