# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC, | Case No. 1:17-mc-00067-DAD-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO DELIVER CERTIFIED COPY OF AMENDED CERTIFICATION OF EXTRADITABILITY TO ASSISTANT UNITED STATES ATTORNEY AND CLOSE THIS ACTION<br><br>(ECF No. 56) |

On November 19, 2018, an amended memorandum order issued finding Vladimir Blasko extraditable to Slovakia. (ECF No. 56.) Pursuant to 18 U.S.C. § 3184, the Clerk of the Court is HEREBY DIRECTED to deliver a certified copy of the amended certification of extraditability (ECF No. 56) to the Assistant United States Attorney assigned to this action for transmission to the Secretary of State and to close this action.

IT IS SO ORDERED.

Dated: **March 22, 2019**

UNITED STATES MAGISTRATE JUDGE

1