HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VLADIMIR BLASKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE OF EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC | Case No.  1:17-mc-00067-DAD-SAB<br><br>**STIPULATION TO MODIFY COLLATERAL SOURCE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Elliot Wong, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for relator Vladimir Blasko, that the collateral source for the property bond in the amount of $150,000, previously ordered on February 8, 2019, be modified. Specifically, the parties agree that the currently posted property bond of $150,000, secured by the property owned by Jeffrey and Melissa Kollenkark be replaced by a property bond of $150,000, secured by the property owned by Vladimir Blasko and Martina Gregusova, with all other terms and conditions to remain in place.

Mr. Blasko was ordered released in this matter, subject to conditions on August 6, 2018. *See* Dkt. #46, 47, and 48. On November 19, 2018, after briefing and argument, this Court certified Mr. Blasko for extradition. *See* Dkt. #56. Thereafter, on November 27, 2018, the

1  government filed a motion to revoke Mr. Blasko's release. *See* Dkt. #58. After briefing and a
2  hearing on the government's motion, this Court denied the government's motion on February 8,
3  2019, but modified the conditions of Mr. Blasko's release to include the posting of a $40,000
4  cash bond and the posting of a property bond in the amount of $150,000. *See* Dkt. #70.

| 02/08/2019 | 70 | ORDER DENYING 58 GOVERNMENTS MOTION TO REVOKE BAIL AND INCREASING BAIL AMOUNT. IT IS HEREBY ORDERED that: The Governments motion to revoke bail is DENIED; Mr. Blasko shall remain released on a bail amount of one hundred ninety thousand dollars ($190,000.00) to be secured by forty thousand dollars ($40,000.00) in cash and a one hundred fifty thousand dollar ($150,000.00) property bond; The bonds shall be posted and in place by Friday, March 1, 2018;A status conference is set for Monday, February 11, 2019, at 11:00 a.m. in Courtroom 9; and Mr. Blasko shall appear at the February 11, 2019 status conference. Signed by Magistrate Judge Stanley A. Boone on 2/8/2019. (Hernandez, M) (Entered: 02/08/2019) |
|---|---|---|

12  On February 21, 2019, Mr. Blasko posted the $40,000 cash bond with the Court and posted the
13  property bond of $150,000 secured by a property owned by Jeffrey and Melissa Kollenkark. *See*
14  Dkt. #72, 73, 76.
15      Mr. Blasko is hereby seeking to modify the collateral source because Mr. and Mrs.
16  Kollenkark would like to sell their property. Upon learning of their desire to sell the property,
17  Mr. Blasko and his wife, Ms. Gregusova, indicated that they had, several years ago, purchased a
18  property and would be willing to post that property to replace the Kollenkark property bond.
19  Undersigned counsel has obtained the relevant documents from Mr. Blasko and Ms. Gregusova,
20  and it is believed that their property has $150,000 in equity.
21      Undersigned counsel has provided materials showing this available equity to the
22  government attorney in this matter, and the government has indicated that it does not object to
23  replacing the $150,000 property bond, currently secured by the property owned by Jeffrey and
24  Melissa Kollenkark, with a property bond secured by the property owned by Mr. Blasko and Ms.
25  Gregusova. Undersigned counsel also contacted Mr. Blasko's probation officer, Probation
26  Officer John Green, with respect to this request, who indicated that he had no objection to this
27  modification. Mr. Blasko was placed on supervision on August 6, 2018, approximately four and
28  a half years ago. Since that time, Mr. Blasko has complied with all conditions of his release and

1 there have been no violations of the terms and conditions of his release.

2 Accordingly, the parties, including Mr. Blasko's probation officer, agree to the
3 modification as set forth above, and ask that the Court modify the collateral source by imposing,
4 as a condition of release, that a $150,000 property bond be posted, secured by the property
5 owned by Mr. Blasko and Ms. Gregusova. Additionally, upon the successful posting of this
6 bond, that the Clerk of the Court exonerate the property bond previously posted that is secured
7 by the Deed of Trust currently on file with the Fresno County Recorder (#2019-0015708) and
8 original straight note in the above-captioned case and reconvey the real property to Jeffrey C.
9 Kollenkark and Melissa A. Kollenkark. All other terms and conditions of Mr. Blasko's release
10 shall remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: February 7, 2023        /s/ Elliot Wong
                               ELLIOT WONG
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: February 7, 2023         /s/ Reed Grantham
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Relator
                               VLADIMIR BLASKO

**O R D E R**

IT IS SO ORDERED. Pursuant to the parties' stipulation above, the Court hereby imposes, as a condition of release, that a $150,000 property bond be posted, secured by the property owned by Mr. Blasko and Ms. Gregusova.

Once the $150,000 property bond secured by the property owned by Mr. Blasko and Ms. Gregusova is posted, the Clerk of the Court may exonerate the property bond previously posted that is secured by the Deed of Trust currently on file with the Fresno County Recorder (#2019-0015708) and original straight note and reconvey the real property to Jeffrey C. Kollenkark and Melissa A. Kollenkark.

All other terms and conditions of Mr. Blasko's release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: __February 7, 2023__

UNITED STATES MAGISTRATE JUDGE