HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
VLADIMIR BLASKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:17-mc-00067-DAD-SAB |
|---|---|
| Plaintiff, | **APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF PROPERTY; ORDER** |
| vs. | |
| IN THE MATTER OF THE EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC | |
| Defendant. | |

Defendant Vladimir Blasko hereby moves this court under Fed. R. Crim. P. 46(g) for exoneration of the property bond and full reconveyance of the Deed of Trust currently on file with the Fresno County Recorder as Deed # 2019-0015708 and original straight note.

On August 6, 2018, a hearing was held in this matter. *See* Dkt. #49. At the hearing, Mr. Blasko was ordered released from custody under the supervision of a third party custodian on terms and conditions that included a $10,000 cash bond. On February 08, 2018, the court ordered an increase of the bond to include a property bond of $150,000.00. *See* Dkt. #70. The secured bond was posted by Jeffrey C. Kollenkark and Melissa A. Kollenkark as follows:

| 02/21/2019 | 73 | COPY OF DEED OF TRUST #2019-0015708 and Original Straight Note RECEIVED, posted by Jeffrey C. Kollenkark and Melissa A. Kollenkark as to Vladimir Blasko. (Sant Agata, S) (Entered: 02/22/2019) |
|---|---|---|

In late 2022, Mr. and Mrs. Kollenkark requested the ability to sell their property which was encumbered by the bond. Counsel for Mr. Blasko contacted the Government and a stipulation and proposed order to Modify Collateral Source was prepared and filed with the court allowing for a replacement bond with property owned by Vladimir Blasko and his wife, Martina Gregusova. *See* Dkt #77. On February 8, 2023, the Court signed the Stipulation and Order to Modify Collateral Source. *See* Dkt #78. On February 23, 2023, the new collateral was received by the Court as follows:

| 02/23/203 | 80 | COLLATERAL RECEIVED as to Vladimir Blasko: ORIGINAL Deed of Trust posted by Martina Gregusova and Vladimir Blasko #2023-0012566. (Maldonado, C) (Entered: 02/23/2023) |
|---|---|---|

Since a new Bond and note have been recorded, Mr. Blasko requests that the court exonerate the property bond in the above-captioned case secured by the $150,000 Deed of Trust currently on file with the Fresno County Recorder (#2019-0015708) and the correlating straight note pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Dated:  February 23, 2023                              Respectfully submitted,

                                                                           HEATHER E. WILLIAMS
                                                                           Federal Defender


                                                                            */s/ Reed Grantham*
                                                                           REED GRANTHAM
                                                                           Assistant Federal Defender
                                                                           Attorney for Defendant
                                                                           VLADIMIR BLASKO

2

Blasko – Application for
Bond Exoneration

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond in the above-captioned case secured by the $150,000 Deed of Trust currently on file with the Fresno County Recorder (#2019-0015708) and original straight note in the above-captioned case and reconvey the real property to Jeffrey C. Kollenkark and Melissa A. Kollenkark.

IT IS SO ORDERED.

Dated: **February 27, 2023**

UNITED STATES MAGISTRATE JUDGE