# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC | Case No. 1:17-mc-00067-DAD-SAB<br><br>ORDER SETTING HEARING FOR FEBRUARY 8, 2024 DIRECTING VLADIMIR BLASKO TO APPEAR IN PERSON; ORDERING VLADIMIR BLASKO FILE A RESPONSE TO GOVERNMENT'S MOTION<br><br>(ECF No. 86)<br><br>**FEBRUARY 7, 2024 DEADLINE** |

On January 30, 2024, the United States of America filed a motion to revoke Vladimir Blasko's release on bail so that the United States can effectuate his extradition and surrender to the Slovak Republic pursuant to the Secretary of State's surrender decision.  (ECF No. 86.)  The Court shall set a hearing in this matter for February 8, 2024, whereby Vladimir Blasko shall appear in person, and require that Vladimir Blasko file a response to the instant motion no later than February 7, 2024.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Any opposition by Vladimir Blasko to the United States' motion (ECF No. 86) shall be filed **no later than February 7, 2024**;

2. A hearing is set for **February 8, 2024, at 3:00 p.m.** in Courtroom 9; and

3. Vladimir Blasko is ordered to personally appear.

IT IS SO ORDERED.

Dated:   **January 31, 2024**

UNITED STATES MAGISTRATE JUDGE