# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC | Case No. 1:17-mc-00067-DAD-SAB<br><br>ORDER GRANTING STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE<br><br>(ECF No. 86) |

On January 30, 2024, the United States of America filed a motion to revoke Vladimir Blasko's release on bail so that the United States can effectuate his extradition and surrender to the Slovak Republic pursuant to the Secretary of State's surrender decision. (ECF No. 86.) On January 31, 2024, the Court issued an order setting a hearing date and directing a response from Vladimir Blasko. (ECF No. 87.) Following the Court's order, the United States and Vladimir Blasko filed a stipulation to modify the briefing schedule and the hearing date. (ECF No. 88.) The Court finds good cause to grant the parties' stipulation.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set for February 8, 2024, at 3:00 p.m. in Courtroom 9 is CONTINUED to **March 12, 2024 at 2:00 p.m. in Courtroom 9**;

2. Vladimir Blasko is ordered to personally appear on **March 12, 2024 at 2:00 p.m. in Courtroom 9**;

3. Any opposition by Vladimir Blasko to the United States' motion (ECF No. 86) shall be filed **no later than February 15, 2024**; and

4. Any reply by the United States shall be filed **no later than February 22, 2024**.

IT IS SO ORDERED.

Dated:   **February 1, 2024**

UNITED STATES MAGISTRATE JUDGE