HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Relator
VLADIMIR BLASKO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF VLADIMIR BLASKO TO THE SLOVAK REPUBLIC | Case No.  1:17-mc-00067-DAD-BAM<br><br>**RENEWED APPLICATION FOR ORDER EXONERATING CASH AND PROPERTY BONDS, RECONVEYANCE OF PROPERTY, AND RETURN OF PASSPORT; ORDER** |
|---|---|

Relator Vladimir Blasko hereby files a renewed application under Federal Rule of Criminal Procedure 46(g) for exoneration of the $40,000.00 cash bond posted on February 21, 2019, and exoneration and reconveyance of the Deed of Trust currently on file with the Fresno County Recorder as Deed #2023-0012566 and original straight note posted on February 23, 2023. Additionally, Mr. Blasko moves the Court for the return of his passport surrendered on August 6, 2018.

On August 6, 2018, a hearing was held in this matter. *See* Dkt. #49. At the hearing, Mr. Blasko was ordered released from custody under the supervision of a third-party custodian on terms and conditions that included surrendering his passport and a $10,000.00 unsecured cash bond. *See* Dkt. #45-48. Mr. Blasko surrendered his passport on August 6, 2018. *See* Dkt. #46.

| 08/06/2018 | 46 | COLLATERAL RECEIVED as to Vladimir Blasko: Slovak Republic Passport No. BR5735134 for Vladimir Blasko. (Gonzalez, R) (Entered: 08/06/2018) |
|---|---|---|

On February 8, 2019, the court ordered an increase of the bond to include a $40,000.00 cash bond and a property bond of $150,000.00. *See* Dkt. #70. The cash bond was posted on February 21, 2019. *See* Dkt. #72.

| 02/21/2019 | 72 | CASH BOND POSTED as to Vladimir Blasko in the amount of $40,000.00, Receipt #CAE100041755. (Martin-Gill, S) (Entered: 02/21/2019) |

The property bond was posted by Jeffrey C. Kollenkark and Melissa A. Kollenkark. *See* Dkt. #73.

| 02/21/2019 | 73 | COPY OF DEED OF TRUST #2019-0015708 and Original Straight Note RECEIVED, posted by Jeffrey C. Kollenkark and Melissa A. Kollenkark as to Vladimir Blasko. (Sant Agata, S) (Entered: 02/22/2019) |

On February 7, 2023, the parties filed a stipulation to modify the property bond by removing the property bond posted by Mr. and Mrs. Kollenkark, and replacing it with a property bond secured by a property owned by Vladimir Blasko and his wife, Martina Gregusova. *See* Dkt #77. This Court signed the order effectuating this change on February 8, 2023. *See* Dkt. #78. On February 23, 2023, the property bond secured by the property owned by Mr. Blasko and his wife, was received by the Court. *See* Dkt. #80.

| 02/23/2023 | 80 | COLLATERAL RECEIVED as to Vladimir Blasko: ORIGINAL Deed of Trust posted by Martina Gregusova and Vladimir Blasko #2023-0012566. (Maldonado, C) (Entered: 02/23/2023) |

Thereafter, on February 28, 2023, the property bond posted by Mr. and Mrs. Kollenkark was exonerated and reconveyed to the Kollenkarks. *See* Dkt. #84.

Mr. Blasko surrendered into custody, pursuant to an order of the Court, on April 26, 2024. *See* Dkt. #39 in Case No. 1:18-cv-01649-DAD-SAB. On June 20, 2024, Mr. Blasko was extradited to Slovakia. *See* Dkt. #95. As set forth in the Declaration filed by government counsel under penalty of perjury on June 25, 2024:

> On June 21, 2024, the U.S. Department of Justice, Office of International Affairs informed me that Blasko had been successfully surrendered to representatives of the Slovak Republic. According to

information provided by the U.S. Marshals Service, Blasko and his Slovakian escort team departed the Los Angeles International Airport, bound for Slovakia, at approximately 3:20 PST on June 20, 2024. There were no issues with his surrender.

Dkt. #95.

Since this matter has now concluded, Mr. Blasko requests that the Court exonerate the $40,000.00 cash bond and exonerate and reconvey the property bond secured by the $150,000.00 Deed of Trust currently on file with the Fresno County Recorder (#2023-0012566) and the correlating straight note. Additionally, Mr. Blasko requests that the Court release his passport to his wife, Martina Gregusova, all pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

The government has no objection to this application. Accordingly, since no conditions remain to be satisfied and exoneration, reconveyance, and return of the passport is in the interest of justice, it is requested that the Court exonerate the bonds, reconvey the subject original deed, and return Mr. Blasko's passport.

Dated:  June 25, 2024                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                      Federal Defender

                                       */s/ Reed Grantham*
                                      REED GRANTHAM
                                      Assistant Federal Defender
                                      Attorney for Relator
                                      VLADIMIR BLASKO

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the $40,000.00 cash bond (Doc. 72) and exonerate and reconvey the property bond secured by the $150,000.00 Deed of Trust currently on file with the Fresno County Recorder (#2023-0012566) and the original straight note to Martina Gregusova. It is further ordered that the passport of Vladimir Blasko be released to Martina Gregusova.

IT IS SO ORDERED.

Dated: **June 26, 2024**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE